UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X  **24 CV 885**
_____Civ._____(       )

RONALD SALOMON,
          PLAINTIFF,

v.

BOARD OF IMMIGRATION APPEALS,   **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND STAY PENDING REVIEW**

MERRICK GARLAND, in his official capacity
as United States Attorney General; and

          DEFENDANTS.
_____X

      Upon the affidavits of _____, sworn to the _____ day of _____, _____, and upon the copy of the complaint hereto annexed, it is

      ORDERD, that the above named defendant show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____ _____, _____ at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of this action from

_____

_____

_____; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of the plaintiff's application for a preliminary injunction nd a stay pending review, pursuant to Rule 65, Fed. R. Civ. P., the defendants are temporarily restrained and enjoined from _____