**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

RONALD SALOMON,

**Plaintiff,**

-against-

BOARD OF IMMIGRATION APPEALS, et al.,

**Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/2024

24-CV-00885 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

For the reasons stated on the record at the February 27, 2024 conference, Plaintiff's

motion for a preliminary injunction staying his suspension is DENIED.

Because Plaintiff's claim will become moot on August 27, 2024, Plaintiff indicated that

he wishes to withdraw the balance of his claim and dismiss this case, pursuant to Federal Rule of

Civil Procedure 41(a)(2). Accordingly, the case is dismissed with prejudice, unless Plaintiff

seeks leave to reopen this case by March 29, 2024.

The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:       February 29, 2024
             New York, New York